Williams v. Short, 194 Ill. App. 479.

## George J. Williams, Defendant in Error, v. Edward E. Short, Plaintiff in Error.

### Gen. No. 20,581.   (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. ROBERT H. SCOTT, Judge, presiding. Heard in this court at the October term, 1914. Affirmed upon remittitur; otherwise reversed and remanded. Opinion filed October 5, 1915.

### Statement of the Case.

Action by George J. Williams, plaintiff, against Edward E. Short, defendant, in the Municipal Court of Chicago, to recover rent under the terms of a lease. To reverse a judgment for plaintiff, defendant prosecutes this writ of error.

DONALD McEACHERN, for plaintiff in error.

GEORGE J. WILLIAMS, *pro se.*

MR. PRESIDING JUSTICE McSURELY delivered the opinion of the court.

### Abstract of the Decision.

LANDLORD AND TENANT, § 284*—*when re-entry by lessor does not bar action for rent.* A lease which provides that a re-entry by the landlord for default shall not have the effect of terminating the lease, or operate to prevent its continuing in force, is valid, and under such a lease the tenant is liable for rent to the end of the term.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.